**1007** MOLINE PLOW CO. vs. STATE TREASURER, No. 14653, 105 M., 57.

To compel respondent to refund the amount which was exacted from relator under Act No. 79, Laws of 1891, and paid by it under protest.

Denied April 16, 1895, with costs.

Relator insisted that the act had been declared unconstitutional in Coit vs. Sutton, 102 M., 324; that the payment made was involuntary, and that the act invalidated the contracts made by relators, unless its provisions were complied with. First National Bank vs. Watkins, 21 M., 489; Nickodemus vs. East Saginaw, 25 M., 456.

**1008** CUMMINGS vs. STATE TREASURER, 7 M., 365.

To compel respondent to receive from relator and receipt to him for the balance of the purchase price of certain lands, for which certificates had been issued to relator's assignor, the respondent claiming the right to cancel said certificates.

Granted Nov. 9, 1859.